ESTATE OF GARCÍA *v.* THE REGISTRAR OF PROPERTY.

APPEAL from a decision of the Registrar of Property
of San Juan, Section 2.

No. 75.—Decided November 14, 1910.

GANANCIAL PROPERTY—DISSOLUTION AND LIQUIDATION OF CONJUGAL PARTNER-
SHIP—OBLIGATIONS CONTRACTED BY WIFE.—Until the conjugal partnership
is dissolved and liquidated, the wife does not acquire any participation in
the property thereof which is liable to attachment or execution for debts or
obligations of a private character, other than those for which the property
of the conjugal partnership may be liable, in accordance with section 1323
of the Civil Code.

The facts are stated in the opinion.

*Mr. Eugenio Benítez Castaño* for appellant.

MR. JUSTICE MACLEARY delivered the opinion of the court.

This is a case entirely similar to one between the same
parties, bearing the No. 74, in which Mr. Justice Wolf de-
livered the opinion of the court on the 13th instant. In that
appeal the ruling of the registrar was affirmed, as must be
done here for the same reasons.

The wife has no interest in the ganancial property of the
marital partnership, which is subject to execution or attach-
ment, until the marriage is dissolved and liquidation follows.
(Civil Code, Sec. 1310 and 1337.)

The decisions rendered in the cases referred to in the
opinion above-cited fully sustain this proposition. (*Vivaldi
Pacheco* v. *Domingo Mariani et ux.,* decided April 16, 1906,
3 Castro 215; *Garrozi* v. *Dastas,* 204 U. S., 79; Decision of the
General Directorate of Registries, September 28, 1884; de-
cision of the same body of April 24, 1879; judgments of the
Supreme Court of Spain of October 20, 1880; February 25,
1885; and June 8, 1886; *Reade* v. *De Lea,* 95 Pac., 131.)

For the reasons stated the ruling of the registrar made
herein must be affirmed.

*Affirmed.*

Chief Justice Hernández and Justices Wolf and del Toro
concurred.